CASREF,CLOSED,HABEAS,PROSE,SA7

# U.S. District Court
## Eastern District of TEXAS [LIVE] (Beaumont)
## CIVIL DOCKET FOR CASE #: 1:18−cv−00505−MAC−KFG

Marshall v. Director, TDCJ−CID
Assigned to: District Judge Marcia A. Crone
Referred to: Magistrate Judge Keith F. Giblin
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 10/09/2018
Date Terminated: 10/11/2018
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Douglas Grant Marshall**       represented by   **Douglas Grant Marshall**
476513
Stiles Unit
3060 FM 3514
Beaumont, TX 77705
PRO SE

V.

**Respondent**

**Director, TDCJ−CID**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2018 | 1 | PETITION for Writ of Habeas Corpus under 28 USC 2254, filed by Douglas Grant Marshall. (Attachments: # 1 Envelope)(tkd, ) (Entered: 10/10/2018) |
| 10/09/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Douglas Grant Marshall. (tkd, ) (Entered: 10/10/2018) |
| 10/09/2018 |  | CASE REFERRED to Magistrate Judge Keith Giblin pursuant to a Standing Order (tkd, ) (Entered: 10/10/2018) |
| 10/11/2018 | 3 | MEMORANDUM OPINION and ORDER transferring this action to the Houston Division of the US District Court for the Southern District of TX. Signed by Magistrate Judge Keith F. Giblin on 10/11/18. (Received by Clerk 10/16/18) (tkd, ) (Entered: 10/17/2018) |