United States District Court
Southern District of Texas
**ENTERED**
November 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS GRANT MARSHALL, | § |
| | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-4135 |
| | § |
| LORIE DAVIS, | § |
| | § |
| Respondent. | § |

## ORDER GRANTING MOTION FOR LEAVE
## TO PROCEED *IN FORMA PAUPERIS*

Petitioner Douglas Grant Marshall, an inmate in the Texas Department of Criminal Justice, filed a petition for a writ of habeas corpus. He also filed a motion seeking leave to proceed *in forma pauperis* (Doc. # 2). Based on the certified inmate trust account statement attached to petitioner's motion, the Court ORDERS as follows:

1. The application for leave to proceed *in forma pauperis* (Doc. # 2) is GRANTED.

2. The petitioner is not required to pay an initial partial filing fee.

3. Thereafter, the petitioner shall pay $5.00, the balance of the filing fee. The agency shall collect this amount from the petitioner's trust account, when funds are available, and forward it to the Clerk.

4. The petitioner is responsible for signing all consents and other documents required by the agency having custody of petitioner to authorize the necessary withdrawal from the petitioner's inmate trust account.

5. The petitioner must notify the court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

**NOTICE TO THE PETITIONER**:

Although you have been granted permission to proceed as a pauper, you must pay the full filing fee when funds are available. If you do not wish to pay the full filing fee you must notify the court in writing, by letter or motion, advising that you do not wish to prosecute this civil action. Your notice must be received by the Court within 30 days of the date of this Order.

**The Clerk will send a copy of this Order to the parties and will also provide a copy of this Order by electronic mail or Federal Express, if appropriate, to (1) the TDCJ - Office of the General Counsel, Capitol Station, P.O. Box 13084, Austin, Texas, 78711, Fax: 512-936-2159; and (2) the Inmate Trust Fund, P.O. Box 629, Huntsville, Texas 77342-0629, Fax: 936-437-4793.**

It is so ORDERED.

SIGNED on this 1st day of November, 2018.

_____
Kenneth M. Hoyt
United States District Judge