UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS GRANT MARSHALL, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-4135 |
| § | |
| LORIE DAVIS, § | |
| § | |
| Respondent. § | |

## ORDER

The petitioner, Douglas Grant Marshall, is an inmate in the Texas Department of Criminal Justice - Correctional Institutions Division. Marshall has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. He is proceeding *pro se*. Accordingly, it is ORDERED that the Clerk's office shall serve the petition and a copy of this Order on the Respondent, Lorie Davis, Texas Department of Criminal Justice—Correctional Institutions Division, P.O. Box 99, Huntsville, TX 77342, and on the office of the Attorney General of Texas, P.O. Box 12548, Austin, TX 78711-2548. It is further ORDERED that the Respondent shall answer the petition or file a dispositive motion within ninety days of receipt of service.

It is so ORDERED.

SIGNED on this 19th day of December, 2018.

Kenneth M. Hoyt
United States District Judge