United States District Court
Southern District of Texas
**ENTERED**
March 20, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS GRANT MARSHALL, | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 4:18-CV-4135 |
| LORIE DAVIS, | § |
| Respondent. | § |

## ORDER

Respondent's first motion for an extension of time (Doc. # 8) is GRANTED. Respondent shall answer the petition or file a dispositive motion by April 18, 2019.

It is so ORDERED.

SIGNED on this 20th day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge